UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE: FOSAMAX PRODUCTS LIABILITY  :
LITIGATION
                                   :   MDL No. 1789
                                       1:06-md-1789 (JFK)
_____x
*This Document Relates to:*         :   <u>ORDER</u>
All actions                        :
------------------------------------x
JOHN F. KEENAN, United States District Judge:

     Oral argument on Plaintiffs' motion to compel production of documents will take place at 10:00 a.m. on June 2, 2008 in Courtroom 20-C.

SO ORDERED.

Dated:   New York, New York
         May 21, 2008

                              JOHN F. KEENAN
                           United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5-21-08]